THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURTIS BASILE, Appellant.

Submitted May 4, 2015; decided May 7, 2015

Submitted May 4, 2015; decided May 7, 2015

1020

Motion by National Association of Criminal Defense Lawyers et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.